# EXHIBIT B

**Whois Record** ( last updated on 2015-03-20 )

```
Domain Name: HOLIDAYCL.COM
Registry Domain ID: 1728298311_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.gkg.net
Registrar URL: http://www.gkg.net
Updated Date: 2014-06-06T08:47:52.0Z
Creation Date: 2012-06-19T16:17:41.0Z
Registrar Registration Expiration Date: 2015-06-19T16:17:41.0Z
Registrar: GKG.NET, INC.
Registrar IANA ID: 93
Registrar Abuse Contact Email: abuse@gkg.net
Registrar Abuse Contact Phone: +1.8776951790
Domain Status: clientTransferProhibited
Registry Registrant ID: GKG-C0000307B2
Registrant Name: Consolidated World Travel, Inc. Consolidated World Travel, Inc.
Registrant Organization: Consolidated World Travel, Inc.
Registrant Street: 2121 W Oakland Park Blvd.
Registrant Street: Suite 1
Registrant City: Fort Lauderdale
Registrant State/Province: FL
Registrant Postal Code: 33311
Registrant Country: US
Registrant Phone: +1.8886020024
Registrant Email: c7e865bb84e07132f8b996cafa3d92586a947eb5@whois.gkg.net
Registry Admin ID: GKG-C0000307B2
Admin Name: Consolidated World Travel, Inc. Consolidated World Travel, Inc.
Admin Organization: Consolidated World Travel, Inc.
Admin Street: 2121 W Oakland Park Blvd.
Admin Street: Suite 1
Admin City: Fort Lauderdale
Admin State/Province: FL
Admin Postal Code: 33311
Admin Country: US
Admin Phone: +1.8886020024
Admin Email: c7e865bb84e07132f8b996cafa3d92586a947eb5@whois.gkg.net
Registry Tech ID: GKG-C0000307B2
Tech Name: Consolidated World Travel, Inc. Consolidated World Travel, Inc.
Tech Organization: Consolidated World Travel, Inc.
Tech Street: 2121 W Oakland Park Blvd.
Tech Street: Suite 1
Tech City: Fort Lauderdale
Tech State/Province: FL
Tech Postal Code: 33311
Tech Country: US
Tech Phone: +1.8886020024
Tech Email: c7e865bb84e07132f8b996cafa3d92586a947eb5@whois.gkg.net
Name Server: NS1.SUN64.COM
Name Server: NS2.SUN64.COM
URL of the ICANN WHOIS Data Problem Reporting System:  http://wdprs.interni
c.net/
```