# EXHIBIT C

Domain Name: HOLIDAY-CRUISELINE.COM
Registry Domain ID: 1736552422_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-07-09T17:19:03Z
Creation Date: 2012-07-31T07:36:41Z
Registrar Registration Expiration Date: 2015-07-31T07:36:41Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: James Verillo
Registrant Organization: Holiday Cruise Line
Registrant Street: 2419 E Commerical Blvd
Registrant Street: Suite 100
Registrant City: Fort Lauderdale
Registrant State/Province: FL
Registrant Postal Code: 33308
Registrant Country: United States
Registrant Phone: +1.9543314154
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: mhunter@rwili.onmicrosoft.com