IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGEL BAKOV and JULIE HERRERA, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> CONSOLIDATED TRAVEL HOLDINGS GROUP, INC., a Florida corporation; CONSOLIDATED WORLD TRAVEL, INC. d/b/a HOLIDAY CRUISE LINE;, a Florida corporation; JAMES H. VERILLO, an individual; DANIEL E.LAMBERT, an individual; JENNIFER POOLE, an individual; and DONNA HIGGINS, an individual, <br><br> Defendants. | Case No. 1:15-cv-02980 <br><br> Hon. Harry D. Leinenweber <br><br> Hon. Susan E. Cox |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, December 1, 2015 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Harry D. Leinenweber in courtroom 1941, located at the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendant Consolidated World Travel, Inc. d/b/a Holiday Cruise Line's Motion to Stay**, copies of which were served upon you via the CM/ECF system.

DATED:  November 20, 2015            Respectfully Submitted,

                                     /s/ Jeffrey A. Backman
                                     Richard W. Epstein, Esq.
                                     FL BAR NO. 229091
                                     Jeffrey A. Backman, Esq.
                                     FLA. BAR NO. 662501
                                     GREENSPOON MARDER, P.A.
                                     200 East Broward Blvd., Suite 1800
                                     Fort Lauderdale, FL 33301

Tel: 954-491-1120
Fax: 954-213-0140
Email: richard.epstein@gmlaw.com
Email: jeffrey.backman@gmlaw.com
*PRO HAC VICE*

-and-

Timothy Hudson, Esq.
TABET, DIVITO & ROTHSTEIN LLC
FIRM NO. 38234
209 South LaSalle Street, 7th Floor
Chicago, IL 60604
Phone: 312-762-9476
Fax: 312-762-9451
thudson@tdrlawfirm.com

*Attorneys for Consolidated World Travel, Inc. d/b/a Holiday Cruise Line, Consolidated Travel Holdings Group, Inc., Donna Higgins, Daniel E. Lambert, Jennifer Poole, and James H. Verrillo*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 20, 2015, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

*/s/ Jeffrey Backman*
Jeffrey Backman, Esq.

**SERVICE LIST**

**Jeffrey Grant Brown**
JEFFREY GRANT BROWN, P.C.
221 North LaSalle Street, Suite 1414
Chicago, Illinois 60601
Tel: 312.789.9700 xt.1
Fax: 312.789.9702
Email: Jeff@jgbrownlaw.com

**Richard W. Epstein, Esq.**
**Jeffrey A. Backman, Esq.**
GREENSPOON MARDER, P.A.
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: 954-491-1120
Fax: 954-213-0140
Email: richard.epstein@gmlaw.com
Email: jeffrey.backman@gmlaw.com

**Joseph J. Siprut, Esq.**
**Ismael T. Salam, Esq.**
Siprut PC
12 N. Suite St., Suite 1600
Chicago, IL 60602
Tel: 312-236-0000
Fax: 312-878-1342
Email: jsiprut@siprut.com
Email: isalam@siprut.com

**Robert R. Ahdoot, Esq.**
**Tina Wolfson, Esq.**
Ahdoot & Wolfson, PC
1016 Palm Avenue
West Hollywood, CA 90069
Email: rahdoot@ahdootwolfson.com
Email: twolfson@ahdootwolfson.com