Angel Bakov, et al.
                                        Plaintiff,

v.                                      Case No.: 1:15−cv−02980
                                        Honorable Harry D. Leinenweber

Consolidated World Travel, et al.
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 14, 2016:

MINUTE entry before the Honorable Harry D. Leinenweber: Defendant Consolidated World Travel, Inc.'s Motion for for Extension of Time to File Reply Brief in Support of Its Motion to Stay [53] is granted to and including 1/13/2016. No appearance is required on 1/14/2016. Mailed notice(lxs, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.