**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Angel Bakov, et al.

                         Plaintiff,

v.                                            Case No.: 1:15−cv−02980
                                               Honorable Harry D. Leinenweber

Consolidated World Travel, et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 17, 2016:

      MINUTE entry before the Honorable Harry D. Leinenweber:Motion hearing held on 2/17/2016. For the reasons stated in open court, the Motion to stay [48] is granted. Status hearing set for 4/20/2016 at 09:00 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.