# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ANGEL BAKOV, JULIE HERRERA, and KINAYA HEWLETT, individually and on behalf of all others similarly situated, | : : : : : | |
| Plaintiffs, | : : | Case No. 1:15-cv-02980 *Consolidated with* Case No. 1:17-cv-973 |
| v. | : : : : | Hon. Harry D. Leinenweber Hon. Susan E. Cox |
| CONSOLIDATED WORLD TRAVEL, INC. d/b/a HOLIDAY CRUISE LINE, a Florida corporation, | : : : : | |
| Defendant. | : | |

## AMENDED NOTICE OF MOTION[1]

**PLEASE TAKE NOTICE THAT** on **May 16, 2017** at **9:30 a.m.**[2] or as soon thereafter as counsel may be heard, I shall appear before the Honorable Harry D. Leinenweber, or whomever may be designated to sit in his stead, in Room 1941 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiffs' Motion To Continue The Motion For Class Certification**.

Date: May 1, 2017

Respectfully submitted,

By:  */s/ Katrina Carroll*
Katrina Carroll
kcarroll@litedepalma.com
Kyle A. Shamberg
kshamberg@litedepalma.com
**LITE DEPALMA GREENBERG, LLC**

---

[1] Plaintiffs' original notice contained an inadvertent error regarding the name of the motion being presented.
[2] This Court previously scheduled a status hearing on May 16, 2017. Dkt. 102.

678787.1

211 West Wacker Drive
Suite 500
Chicago, IL 60606
Telephone: (312) 750-1265

Jeffrey Grant Brown
*jeff@jgbrownlaw.com*
**JEFFREY GRANT BROWN, P.C.**
221 North LaSalle Street, Suite 1414
Chicago, IL 60601
Phone: 312.789.9700

Joseph J. Siprut
*jsiprut@siprut.com*
**SIPRUT PC**
17 N. State Street, Suite 1600
Chicago, Illinois 60602
Phone: 312.236.0000

Robert Ahdoot (*pro hac*)
*rahdoot@ahdootwolfson.com*
Tina Wolfson (*pro hac*)
*twolfson@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
1016 Palm Avenue
West Hollywood, California 90069
Phone: 310.474.9111
***Counsel for Plaintiffs, Angel Bakov and Julie Herrera***

Yitzchak Kopel
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019
ykopel@bursor.com
(646) 837-7127
Pro Hac Vice pending
***Counsel for Plaintiff, Kinaya Hewlett***

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing **Amended Notice Of Motion** was filed electronically with the Clerk of the Court using the CM/ECF system this 1st day of May 2017 and served electronically on all counsel of record.

*/s/ Katrina Carroll*

678787.1