# EXHIBIT A



Department of State  /  Division of Corporations  /  Search Records  /  Detail By Document Number  /

# Detail by Entity Name

Florida Profit Corporation
MEDIA MONITORS, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P15000038541 |
| **FEI/EIN Number** | 38-3970071 |
| **Date Filed** | 04/28/2015 |
| **Effective Date** | 04/28/2015 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

12551 INDIAN ROCKS RD.
SUITE 2
LARGO, FL 33774 UN

**Mailing Address**

12551 INDIAN ROCKS RD.
SUITE 2
LARGO, FL 33774 UN

**Registered Agent Name & Address**

VOGEL, VANCE L
12551 INDIAN ROCKS RD.
SUITE 2
LARGO, FL 33774

**Officer/Director Detail**

**Name & Address**

Title P

VOGEL, VANCE L
12551 INDIAN ROCKS RD. SUITE 2
LARGO, FL 33774 UN

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2016 | 03/14/2016 |
| 2017 | 03/23/2017 |

**Document Images**

| | |
|---|---|
| 03/23/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/14/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/28/2015 -- Domestic Profit | View image in PDF format |

**2017 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P15000038541

**Entity Name:** MEDIA MONITORS, INC.

**FILED**

**Mar 23, 2017**
**Secretary of State**
**CC1559073439**

**Current Principal  Place of Business:**

12551 INDIAN ROCKS RD.
SUITE 2
LARGO,  FL  33774

**Current Mailing Address:**

12551 INDIAN ROCKS RD.
SUITE 2
LARGO,  FL  33774  UN

**FEI Number:** 38-3970071

**Certificate of Status Desired:**  No

**Name and Address of Current Registered Agent:**

VOGEL, VANCE L
12551 INDIAN ROCKS RD.
SUITE 2
LARGO, FL  33774  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

| Electronic Signature of Registered Agent | Date |
|---|---|

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | VOGEL, VANCE L |
| Address | 12551 INDIAN ROCKS RD. SUITE 2 |
| City-State-Zip: | LARGO  FL  33774 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: VANCE L VOGEL                                      P                                      03/23/2017

| Electronic Signature of Signing Officer/Director Detail | Date |
|---|---|