# EXHIBIT B

DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Florida Profit Corporation
THE MARKETING SOURCE,INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P02000101089 |
| **FEI/EIN Number** | 14-1846960 |
| **Date Filed** | 09/18/2002 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

12551 Indian Rocks Road
Unit 2
Largo, FL 33774

Changed: 01/13/2014

**Mailing Address**

12551 Indian Rocks Road
Unit 2
Clearwater, FL 33774

Changed: 01/13/2014

**Registered Agent Name & Address**

VOGEL, VANCE L
12551 Indian Rocks Road
Unit 2
Largo, FL 33774

Name Changed: 04/05/2004

Address Changed: 01/13/2014

**Officer/Director Detail**

**Name & Address**

Title PSTD

VOGEL, VANCE L
12551 Indian Rocks Road
Unit 2

Largo, FL 33774

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2015 | 04/24/2015 |
| 2016 | 03/18/2016 |
| 2017 | 04/20/2017 |

**Document Images**

| | |
|---|---|
| 04/20/2017 -- ANNUAL REPORT | View image in PDF format |
| 03/18/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/24/2015 -- ANNUAL REPORT | View image in PDF format |
| 01/13/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2013 -- ANNUAL REPORT | View image in PDF format |
| 04/03/2012 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2011 -- ANNUAL REPORT | View image in PDF format |
| 01/08/2010 -- ANNUAL REPORT | View image in PDF format |
| 04/23/2009 -- ANNUAL REPORT | View image in PDF format |
| 02/04/2008 -- ANNUAL REPORT | View image in PDF format |
| 12/17/2007 -- Off/Dir Resignation | View image in PDF format |
| 05/01/2007 -- ANNUAL REPORT | View image in PDF format |
| 04/21/2006 -- ANNUAL REPORT | View image in PDF format |
| 09/07/2005 -- ANNUAL REPORT | View image in PDF format |
| 07/05/2005 -- ANNUAL REPORT | View image in PDF format |
| 04/05/2004 -- ANNUAL REPORT | View image in PDF format |
| 04/05/2004 -- Off/Dir Resignation | View image in PDF format |
| 02/21/2003 -- ANNUAL REPORT | View image in PDF format |
| 09/18/2002 -- Domestic Profit | View image in PDF format |

# 2017 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P02000101089

**Entity Name:** THE MARKETING SOURCE, INC.

**FILED**
**Apr 20, 2017**
**Secretary of State**
**CC2636228123**

**Current Principal Place of Business:**

12551 INDIAN ROCKS ROAD
UNIT 2
LARGO, FL 33774

**Current Mailing Address:**

12551 INDIAN ROCKS ROAD
UNIT 2
CLEARWATER, FL 33774 US

**FEI Number:** 14-1846960

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

VOGEL, VANCE L
12551 INDIAN ROCKS ROAD
UNIT 2
LARGO, FL 33774 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent     Date

**Officer/Director Detail:**

| | |
|---|---|
| Title | PSTD |
| Name | VOGEL, VANCE L |
| Address | 12551 INDIAN ROCKS ROAD UNIT 2 |
| City-State-Zip: | LARGO FL 33774 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: VANCE L VOGEL     PSTD     04/20/2017

Electronic Signature of Signing Officer/Director Detail     Date