# EXHIBIT C

DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

# Detail by Entity Name

Florida Profit Corporation

TMS HOLDINGS GROUP, INC.

**Filing Information**

| | |
|---|---|
| **Document Number** | P14000007667 |
| **FEI/EIN Number** | 46-4642151 |
| **Date Filed** | 01/24/2014 |
| **Effective Date** | 01/20/2014 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

12551 INDIAN ROCKS RD
SUITE 2
LARGO, FL 33774

**Mailing Address**

12551 INDIAN ROCKS RD
SUITE 2
LARGO, FL 33774

**Registered Agent Name & Address**

THE MARKETING SOURCE, INC.
12551 INDIAN ROCKS RD
SUITE 2
LARGO, FL 33774

**Officer/Director Detail**

**Name & Address**

Title P

VOGEL, VANCE L
12551 INDIAN ROCKS RD SUITE 2
LARGO, FL 33774

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2015 | 04/24/2015 |
| 2016 | 04/11/2016 |
| 2017 | 03/31/2017 |

**Document Images**

| | |
|---|---|
| 03/31/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/11/2016 -- ANNUAL REPORT | View image in PDF format |
| 04/24/2015 -- ANNUAL REPORT | View image in PDF format |
| 01/24/2014 -- Domestic Profit | View image in PDF format |

Florida Department of State, Division of Corporations

# 2017 FLORIDA PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P14000007667

**Entity Name:** TMS HOLDINGS GROUP, INC.

**FILED**

**Mar 31, 2017**
**Secretary of State**
**CC8140562924**

**Current Principal Place of Business:**

12551 INDIAN ROCKS RD
SUITE 2
LARGO, FL 33774

**Current Mailing Address:**

12551 INDIAN ROCKS RD
SUITE 2
LARGO, FL 33774 US

**FEI Number:** 46-4642151                          **Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

THE MARKETING SOURCE, INC.
12551 INDIAN ROCKS RD
SUITE 2
LARGO, FL 33774 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

| Electronic Signature of Registered Agent | Date |
| --- | --- |

**Officer/Director Detail :**

| | |
| --- | --- |
| Title | P |
| Name | VOGEL, VANCE L |
| Address | 12551 INDIAN ROCKS RD SUITE 2 |
| City-State-Zip: | LARGO FL 33774 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: VANCE L VOGEL | P | 03/31/2017 |
| --- | --- | --- |
| Electronic Signature of Signing Officer/Director Detail | | Date |