**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANGEL BAKOV, JULIE HERRERA, and KINAYA HEWLETT, individually and on behalf of all others similarly situated, : : : : *Plaintiffs,* : : v. : : CONSOLIDATED WORLD TRAVEL, INC. d/b/a HOLIDAY CRUISE LINE, a Florida corporation, : : : : : *Defendant.* : : | Case No. 1:15-cv-02980  *Consolidated with* Case No. 1:17-cv-973  Hon. Harry D. Leinenweber  Hon. Susan E. Cox |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on **May 16, 2017** at **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Harry D. Leinenweber, or whomever may be designated to sit in his stead, in Room 1941 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the parties' ***Joint Motion for Alternative Service,*** a copy of which is attached and served upon you.

Date: May 9, 2017                                       Respectfully submitted,

                                                        **LITE DEPALMA GREENBERG, LLC**

                                            By:    */s/ Katrina Carroll*
                                                   Katrina Carroll
                                                   kcarroll@litedepalma.com
                                                   Kyle A. Shamberg
                                                   kshamberg@litedepalma.com
                                                   211 West Wacker Drive, Suite 500
                                                   Chicago, IL 60606
                                                   Telephone: (312) 750-1265

**JEFFREY GRANT BROWN, P.C.**
Jeffrey Grant Brown
*jeff@jgbrownlaw.com*
221 North LaSalle Street, Suite 1414
Chicago, IL 60601
Telephone: (312) 789-9700

**SIPRUT PC**
Joseph J. Siprut
*jsiprut@siprut.com*
17 N. State Street, Suite 1600
Chicago, Illinois 60602
Telephone: (312) 236-0000

**AHDOOT & WOLFSON, PC**
Robert Ahdoot (*pro hac*)
*rahdoot@ahdootwolfson.com*
Tina Wolfson (*pro hac*)
*twolfson@ahdootwolfson.com*
1016 Palm Avenue
West Hollywood, California 90069
Telephone: (310) 474-9111
***Counsel for Plaintiffs, Angel Bakov and Julie Herrera***

Yitzchak Kopel
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, NY 10019
ykopel@bursor.com
Telephone: (646) 837-7127
Pro Hac Vice pending
***Counsel for Plaintiff, Kinaya Hewlett***