# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANGEL BAKOV and JULIE HERRERA, individually and on behalf of all others similarly situated, | Case No. 1:15-cv-02980 |
| | Hon. Harry D. Leinenweber |
| Plaintiffs, | Hon. Susan E. Cox |
| v. | |
| CONSOLIDATED WORLD TRAVEL, INC. d/b/a HOLIDAY CRUISE LINE, a Florida corporation, | |
| Defendant. | |
| KINAYA HEWLETT, on Behalf of Herself and all Others Similarly Situated, | Case No. 1:17-cv-00973 |
| | Hon. Harry D. Leinenweber |
| Plaintiff, | |
| v. | |
| CONSOLIDATED WORLD TRAVEL, INC. d/b/a HOLIDAY CRUISE LINE, | |
| Defendant. | |

**DEFENDANT CONSOLIDATED WORLD TRAVEL, INC.'S UNOPPOSED MOTION FOR AN ORDER AUTHORIZING METROPCS COMMUNICATIONS, INC. TO RELEASE DOCUMENTS IN RESPONSE TO A SUBPOENA**

Defendant CONSOLIDATED WORLD TRAVEL, INC. ("CWT") hereby files this unopposed Motion for an Order Authorizing MetroPCS Communications, Inc. to Release Documents in Response to a Subpoena, and in support thereof states as follows:

1. On December 16, 2016, CWT issued a subpoena to MetroPCS Communications, Inc., ("MetroPCS"), attached hereto as Exhibit "A" (the "Subpoena").

2. On February 8, 2017, MetroPCS advised CWT that a court order was necessary in order for MetroPCS to release the documents requested by the Subpoena.

3. Upon transfer of this action from the United States District Court for the Eastern

1

District of California, counsel for CWT has conferred with counsel for Hewlett regarding the requests to MetroPCS, and the parties have agreed that MetroPCS is authorized to release documents responsive to certain requests, some of which were modified from the Subpoena.

   4.  Specifically, and without waiver of the other document requests, Hewlett agrees that MetroPCS is authorized to release documents responsive to the following document requests:

     a.  All contracts or agreements relating to telephone number (916) 807-3717 and Plaintiff's new, subsequent telephone plan, including all contract changes and/or amendments.

     b.  All documents and/or communications reflecting billing and/or payments received in connection with the customer account for telephone number (916) 807-3717, including documents reflecting the person(s) responsible for payment and all person(s) actually making payments on that account.

     c.  All documents and/or communications reflecting or resulting from usage billing and/or payments received in connection with the customer account for telephone number (916) 807-3717, including documents reflecting the person(s) responsible for payment and all person(s) actually making payments on that account.

     d.  To the extent not provided in response to the above Requests, all documents or communications relating to telephone number (916) 807-3717 reflecting the account owner(s), account managers, persons with access to the account and type of access, persons authorized to change plan services, account billing name and address, account subscriber(s), persons and/or entities included in any calling plan(s), account designation as residential or wireless, and all changes, transfers, suspensions, or closures of associated accounts.

     e.  All documents reflecting communications between MetroPCS and any other person or entity regarding or relating to the lawsuits *Kinaya Hewlett v. Consolidated World Travel, Inc. d/b/a Holiday Cruise Line*, Case No. 2:16-cv-00713-WBS-AC formerly pending in the United States District Court for the Eastern District of California or Case No. 1:17-cv-00973 now pending in the United States District Court for the Northern District of Illinois, including but

not limited to all other requests for documents and/or information you have received related to these lawsuits, and the documents and information you have produced or provided pursuant to those requests.

WHEREFORE, Defendant CONSOLIDATED WORLD TRAVEL, INC. respectfully requests that this Court issue an order authorizing MetroPCS Communications, Inc. to release documents responsive to the above-stated and agreed upon document requests (Sections 4(a) through (e)), and any other relief the Court deems appropriate.

| | |
|---|---|
| Dated: May 10, 2017 | GREENSPOON MARDER, P.A. |

*/s/ Jeffrey A. Backman*
RICHARD W. EPSTEIN, ESQ.
(Fla. Bar No. 229091)
richard.epstein@gmlaw.com
JEFFREY A. BACKMAN, ESQ
(Fla. Bar No. 0662501)
jeffrey.backman@gmlaw.com
ROY TAUB, ESQ.
(Fla. Bar No. 116263)
roy.taub@gmlaw.com
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
954-491-1120 (Telephone)
954-343-6958 (Facsimile)

and

TABET DIVITO & ROTHSTEIN LLC

Timothy Hudson
The Rookery Building
209 South LaSalle St., Suite 700
Chicago, IL  60604
(312)762-9450 (Telephone)
(312)762-9451 (Facsimile)

*Attorneys for Defendant Consolidated World Travel, Inc. d/b/a Holiday Cruise Line*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel of record via ECF on May 10, 2017.

*/s/ Jeffrey A. Backman*
JEFFREY A. BACKMAN