# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANGEL BAKOV and JULIE HERRERA, individually and on behalf of all others similarly situated, | Case No. 1:15-cv-02980 |
| | Hon. Harry D. Leinenweber |
| Plaintiffs, | Hon. Susan E. Cox |
| v. | |
| CONSOLIDATED WORLD TRAVEL, INC. d/b/a HOLIDAY CRUISE LINE, a Florida corporation, | |
| Defendant. | |
| KINAYA HEWLETT, on Behalf of Herself and all Others Similarly Situated, | Case No. 1:17-cv-00973 |
| | Hon. Harry D. Leinenweber |
| Plaintiff, | |
| v. | |
| CONSOLIDATED WORLD TRAVEL, INC. d/b/a HOLIDAY CRUISE LINE, | |
| Defendant. | |

## **NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT on May 16, 2017 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Harry D. Leinenweber in Room 1941 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant CONSOLIDATED WORLD TRAVEL, INC.'s unopposed Motion for an Order Authorizing MetroPCS Communications, Inc. to Release Documents in Response to a Subpoena, copies of which were served upon you via the CM/ECM system.

1

Dated: May 10, 2017　　　　　　　　　　　GREENSPOON MARDER, P.A.

　　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey A. Backman*
　　　　　　　　　　　　　　　　　　　　　RICHARD W. EPSTEIN, ESQ.
　　　　　　　　　　　　　　　　　　　　　(Fla. Bar No. 229091)
　　　　　　　　　　　　　　　　　　　　　richard.epstein@gmlaw.com
　　　　　　　　　　　　　　　　　　　　　JEFFREY A. BACKMAN, ESQ
　　　　　　　　　　　　　　　　　　　　　(Fla. Bar No. 0662501)
　　　　　　　　　　　　　　　　　　　　　jeffrey.backman@gmlaw.com
　　　　　　　　　　　　　　　　　　　　　ROY TAUB, ESQ.
　　　　　　　　　　　　　　　　　　　　　(Fla. Bar No. 116263)
　　　　　　　　　　　　　　　　　　　　　roy.taub@gmlaw.com
　　　　　　　　　　　　　　　　　　　　　200 East Broward Blvd., Suite 1800
　　　　　　　　　　　　　　　　　　　　　Fort Lauderdale, Florida 33301
　　　　　　　　　　　　　　　　　　　　　954-491-1120 (Telephone)
　　　　　　　　　　　　　　　　　　　　　954-343-6958 (Facsimile)

　　　　　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　　　　　TABET DIVITO & ROTHSTEIN LLC

　　　　　　　　　　　　　　　　　　　　　Timothy Hudson
　　　　　　　　　　　　　　　　　　　　　The Rookery Building
　　　　　　　　　　　　　　　　　　　　　209 South LaSalle St., Suite 700
　　　　　　　　　　　　　　　　　　　　　Chicago, IL  60604
　　　　　　　　　　　　　　　　　　　　　(312)762-9450 (Telephone)
　　　　　　　　　　　　　　　　　　　　　(312)762-9451 (Facsimile)

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Consolidated World Travel, Inc. d/b/a Holiday Cruise Line*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel of record via ECF on May 10, 2017.

　　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey A. Backman*
　　　　　　　　　　　　　　　　　　　　　JEFFREY A. BACKMAN