Case: 1:15-cv-02980 Document #: 114-9 Filed: 05/11/17 Page 1 of 4 PageID #:1587

# EXHIBIT I

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANGEL BAKOV and JULIE HERRERA, individually and on behalf of all others similarly situated, ) ) ) ) Plaintiffs, ) ) v. ) ) CONSOLIDATED WORLD ) TRAVEL, INC. d/b/a HOLIDAY ) CRUISE LINE, a Florida corporation, ) Defendant. ) | Case No. 1:15-cv-02980 Hon. Harry D. Leinenweber Hon. Susan E. Cox |

**PLAINTIFFS' RULE 26 DISCLOSURES**

1. **Witnesses**. The name, address and telephone number of each individual likely to have discoverable information, and the subjects of that information, that the disclosing party may use to support its claims or defenses (unless solely for impeachment).

| Name of Individual Likely to Have Discoverable Information | Contact Information | Subject Matter of Discoverable Information |
|---|---|---|
| Angel Bakov | Through Plaintiffs' counsel | As set forth in complaint |
| Julie Herrera | Through Plaintiffs' counsel | As set forth in complaint |
| James H. Verrillo | Through Defendant's counsel | As set forth in complaint |
| Daniel E. Lambert | Through Defendant's counsel | As set forth in complaint |
| Jennifer Poole | Through Defendant's counsel | As set forth in complaint |
| Donna Higgins | Through Defendant's counsel | As set forth in complaint |

2. **Documents and Things**. Copies, or descriptions by category and location, of all documents or things in the possession, custody or control of each disclosing party that may be used to support his/her claims.

| Plaintiff | Category | Location |
|---|---|---|
| Angel Bakov | Screen shots of calls | Plaintiffs' counsel |
| | Call narrative | Plaintiffs' counsel |
| Julie Herrera | Email | Previously produced (attached as Exhibit A to Consolidated Amended Complaint) |
| | Phone records | Plaintiffs' counsel |

3. **Damages**. A computation of each category of damages claimed by the disclosing party.
Plaintiffs are not in a position to calculate damages at this time. However, the calculation of damages will be pursuant to (i) 47 U.S.C. § 227 *et seq.* and (ii) 815 ILCS 305/1 *et seq.*, along with appropriate attorney's fees and costs and any other relief that the Court deems just.

4. **Insurance Agreement**. Any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action, or for indemnification or reimbursement.

   Not applicable.


Date: November 7, 2016		By:	/s/ Katrina Carroll
					Katrina Carroll
					kcarroll@litedepalma.com
					Kyle A. Shamberg
					kshamberg@litedepalma.com
					**LITE DEPALMA GREENBERG, LLC**
					211 West Wacker Drive
					Suite 500
					Chicago, IL 60606
					Telephone: (312) 750-1265

					Jeffrey Grant Brown
					*jeff@jgbrownlaw.com*
					**JEFFREY GRANT BROWN, P.C.**
					221 North LaSalle Street, Suite 1414
					Chicago, IL 60601
					Phone: 312.789.9700

					Joseph J. Siprut
					*jsiprut@siprut.com*
					**SIPRUT PC**
					17 N. State Street, Suite 1600
					Chicago, Illinois 60602
					Phone: 312.236.0000

					Robert Ahdoot (*pro hac*)
					*rahdoot@ahdootwolfson.com*
					Tina Wolfson (*pro hac*)
					*twolfson@ahdootwolfson.com*
					**AHDOOT & WOLFSON, PC**
					1016 Palm Avenue
					West Hollywood, California 90069
					Phone: 310.474.9111

*Counsel for Plaintiffs
and the Proposed Class*

3