# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ANGEL BAKOV and JULIE HERRERA, individually and on behalf of all others similarly situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CONSOLIDATED WORLD TRAVEL, )<br>INC. d/b/a HOLIDAY CRUISE LINE, a )<br>Florida corporation, )<br>)<br>Defendant. )<br>_____ )<br>)<br>KINAYA HEWLETT, on Behalf of Herself )<br>and all Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONSOLIDATED WORLD TRAVEL, )<br>INC. d/b/a HOLIDAY CRUISE LINE, )<br>)<br>Defendant. )<br>) | Case No. 1:15-cv-02980<br><br>Hon. Harry D. Leinenweber<br><br>Hon. Susan E. Cox<br><br><br><br><br><br><br><br><br><br>Case No. 1:17-cv-00973<br><br>Hon. Harry D. Leinenweber |

## **NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT on May 16, 2017 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Harry D. Leinenweber in Room 1941 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant CONSOLIDATED WORLD TRAVEL, INC.'s Omnibus Motion to Compel, copies of which were served upon you via the CM/ECM system.

1

| | |
|---|---|
| Dated: May 11, 2017 | GREENSPOON MARDER, P.A. |

*/s/ Jeffrey A. Backman*
RICHARD W. EPSTEIN, ESQ.
(Fla. Bar No. 229091)
richard.epstein@gmlaw.com
JEFFREY A. BACKMAN, ESQ
(Fla. Bar No. 0662501)
jeffrey.backman@gmlaw.com
ROY TAUB, ESQ.
(Fla. Bar No. 116263)
roy.taub@gmlaw.com
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
954-491-1120 (Telephone)
954-343-6958 (Facsimile)

and

TABET DIVITO & ROTHSTEIN LLC

Timothy Hudson
The Rookery Building
209 South LaSalle St., Suite 700
Chicago, IL 60604
(312)762-9450 (Telephone)
(312)762-9451 (Facsimile)

*Attorneys for Defendant Consolidated World Travel, Inc. d/b/a Holiday Cruise Line*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on all counsel of record via ECF on May 11, 2017.

*/s/ Jeffrey A. Backman*
JEFFREY A. BACKMAN

2

30563487:1 20581:0265