# EXHIBIT B

GREENSPOON MARDER, P.A.
RICHARD EPSTEIN (admitted *pro hac vice*)
Richard.Epstein@gmlaw.com
JEFFREY BACKMAN (admitted *pro hac vice*)
Jeffrey.Backman@gmlaw.com
ROY TAUB (admitted *pro hac vice*)
Roy.Taub@gmlaw.com
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Telephone:   (954) 491-1120
Facsimile:    (954) 333-4211

MANATT, PHELPS & PHILLIPS, LLP
CHRISTINE M. REILLY (SBN 226388)
11355 W. Olympic Boulevard
Los Angeles, CA 90064
Tel:  (310) 312-4237
Fax:  (310) 996-7037
E-mail:  creilly@manatt.com

*Attorneys for Defendant*
*Consolidated World Travel, Inc.*

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINAYA HEWLETT, MAYRA GARCIA, and ZACHARY WERLHOF, on Behalf of Themselves and all Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> CONSOLIDATED WORLD TRAVEL, INC. d/b/a HOLIDAY CRUISE LINE, <br><br> Defendant. | Case No. 2:16-cv-00713-WBS-AC <br><br> **DEFENDANT CONSOLIDATED WORLD TRAVEL, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS** <br><br> Hon. William B. Shubb |

Defendant, Consolidated World Travel, Inc. d/b/a Holiday Cruise Line ("CWT"), pursuant to Rule 34 of the Federal Rules of Civil Procedure, hereby serves its Responses and Objections to Plaintiff's First Request for Production of Documents dated July 8, 2016 and states as follows:

## GENERAL OBJECTIONS

1.     CWT objects to each instruction, definition, and document request to the extent that it purports to impose any requirement or discovery obligation greater than or different from those under the Federal Rules of Civil Procedure and the applicable Rules and Orders of the Court.

2.     CWT objects to each document request that is overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, or not relevant to any party's claim or defense and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. CWT therefore objects to each document request that is not limited to and is far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint.

3.     CWT objects to each document request to the extent that it seeks documents protected from disclosure by the attorney-client privilege, attorney work product doctrine, or any other applicable privilege.

4.     CWT objects to the definition of "DOCUMENT" or "DOCUMENTS" to the extent that it purports to impose obligations greater than those set forth in the Federal Rules of Civil Procedure.

5.     CWT objects to the definition of "YOU" as overbroad and unduly burdensome to the extent it attempts to extend the scope of the document requests to information not within the knowledge of CWT or documents not within the custody, control, or possession of CWT. CWT further objects to the definition of "YOU" as including the term "agent," which is undefined and a legal conclusion that CWT does not deem to apply to any third-party that would be relevant to the claims or defenses in this action.

6.  CWT objects to each document request to the extent it seeks documents not within the custody, control, or possession of CWT, or that are more readily or are uniquely obtainable from third parties.

7.  CWT incorporates by reference every general objection set forth above into each specific response set forth below. A specific response may repeat a general objection for emphasis or some other reason. The failure to include any general objection in any specific response does not waive any general objection to that document request.

8.  Any production of documents responsive to a discovery request, subject to CWT's general and specific objections thereto, will be made at a reasonable and mutually convenient time and place, but no later than 30 days from the date these Responses are being served.

## SPECIFIC OBJECTIONS AND RESPONSES TO REQUESTS FOR PRODUCTION

**DOCUMENT REQUEST NO. 1:**

Produce all DOCUMENTS referred to or mentioned in YOUR Rule 26(a)(1) Initial Disclosures.

**RESPONSE TO DOCUMENT REQUEST NO. 1:**

In addition to the general objections, CWT objects to this document request to the extent that it seeks documents protected from disclosure by the attorney-client privilege, attorney work product doctrine, or any other applicable privilege. CWT further objects to this document request as overbroad and unduly burdensome, as CWT referred generally only to types of documents that may be relevant to the scope of the pleadings or the issues raised therein.

**DOCUMENT REQUEST NO. 2:**

Produce all DOCUMENTS identified in any of YOUR responses to Plaintiff's Interrogatories.

**RESPONSE TO DOCUMENT REQUEST NO. 2:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. CWT further objects to this document request to the extent that it seeks documents protected from disclosure by the attorney-client

privilege, attorney work product doctrine, or any other applicable privilege. CWT further objects to this document request as duplicative of document requests that more specifically request documents by describing them in terms of their contents, and allowing CWT to specifically object thereon, rather than whether they merely were identified, even in general fashion, in a separate discovery response.

**DOCUMENT REQUEST NO. 3:**

Produce all DOCUMENTS YOU have relating to Plaintiff's files, including but not limited to all records of telephone calls YOU made to Plaintiff, all notes of conversations with Plaintiff, all recordings, notes and records regarding any of Plaintiff's accounts since four years prior the filing of this action to the date of responding to these document requests.

**RESPONSE TO DOCUMENT REQUEST NO. 3:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. CWT further objects to the document request as vague and ambiguous as to the meaning of "files" and "accounts." CWT further objects to this document request to the extent that it seeks documents protected from disclosure by the attorney-client privilege, attorney work product doctrine, or any other applicable privilege. CWT did not make any telephone calls to Plaintiff, but CWT's records indicate that a non-agent, third-party caller, Virtual Voice Technologies Pvt. Ltd. ("VVT"), did in January 2015. Subject to and without waiver of the foregoing specific and general objections, CWT responds that it will produce documents within its custody, control, or possession, if any, responsive to this request.

**DOCUMENT REQUEST NO. 4:**

Produce all DOCUMENTS relating and/or regarding YOUR policies and procedures used in conducting autodialing campaigns, or campaigns using an AUTOMATIC TELEPHONE DIALING SYSTEM, since four years prior the filing of this action to the date of responding to these document requests.

**RESPONSE TO DOCUMENT REQUEST NO. 4:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. CWT did not make any telephone calls to Plaintiff and, to CWT's knowledge, VVT did not use an automatic telephone dialing system to make any telephone calls relevant to this action. Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 5:**

Produce all DOCUMENTS relating to and/or regarding YOUR policies and procedures used in conducting autodialing campaigns, or campaigns using an artificial or prerecorded voice, since four years prior the filing of this action to the date of responding to these document requests.

**RESPONSE TO DOCUMENT REQUEST NO. 5:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. CWT further objects to this document request to the extent that it seeks documents protected from disclosure by the attorney-client privilege, attorney work product doctrine, or any other applicable privilege. CWT did not make any telephone calls to Plaintiff and, to CWT's knowledge, VVT's telephone calls did not use an artificial or prerecorded voice in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA") to make any telephone calls relevant to this action. By responding to the document request, CWT does not agree with the characterization in the document request or make any such admission, and expressly denies that any telephone calls used an artificial or prerecorded voice. CWT further objects to "policies and procedures used in conducting . . . campaigns" as vague and ambiguous. Subject to and without waiver of the foregoing specific and general objections, CWT responds that it will produce documents within its custody, control, or possession, if any, responsive to this request.

**DOCUMENT REQUEST NO. 6:**

Produce all DOCUMENTS relating to and/or regarding YOUR corporate structure which set forth YOUR entities, subsidiaries or other departments engaged in conducting autodialing campaigns, or campaigns using prerecorded voice messages, since four years prior the filing of this action to the date of responding to these document requests.

**RESPONSE TO DOCUMENT REQUEST NO. 6:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. CWT further objects to the document request as vague, ambiguous, and unintelligible. CWT further objects to this document request to the extent that it seeks documents protected from disclosure by the attorney-client privilege, attorney work product doctrine, or any other applicable privilege. Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 7:**

Produce any and all DOCUMENTS relating to or regarding, and including, any and all reports for each outbound dial list to persons that YOU called on behalf of YOURSELF, and/or any third party, including those outbound dial lists, in electronically searchable format, generated by any autodialer or predictive dialer campaign in which YOU or YOUR agents engaged since four years prior the filing of this action to the date of responding to these document requests. [Do not modify or alter the lists; each call and attempted call made must be included in these lists].

**RESPONSE TO DOCUMENT REQUEST NO. 7:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. CWT further objects to the term "agents," which is undefined and a legal conclusion and a term that CWT does not deem to apply to any third-party that would be relevant to the claims or defenses in this action. CWT did not make

any telephone calls relevant to this action and, to CWT's knowledge, VVT did not use an autodialer or predictive dialer to make any telephone calls relevant to this action. Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 8:**

Produce the DOCUMENTS relating to or regarding, and including, the outbound dial lists to persons that YOU called for telemarketing, solicitation or debt collection purposes for and on behalf of YOURSELF, and/or any third party, in electronically searchable format, for any predictive dialer campaign in which YOU or any of YOUR employees, agents, or independent contractors or other persons or entities working on YOUR behalf were engaged since four years prior the filing of this action to the date of responding to these document requests. [Do not modify or alter the lists; each call and attempted call made must be included in these lists].

**RESPONSE TO DOCUMENT REQUEST NO. 8:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the  telephone calls alleged in the operative complaint. CWT further objects to the term "agents," which is undefined and a legal conclusion and a term that CWT does not deem to apply to any third-party that would be relevant to the claims or defenses in this action. CWT did not make any telephone calls relevant to this action and, to CWT's knowledge, VVT did not use a predictive dialer to make any telephone calls relevant to this action. Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 9:**

Produce the DOCUMENTS relating to, regarding and including, any efforts YOU made to segregate and separate the cellular telephone numbers to be called by YOU from other telephone numbers to be called by YOU, on behalf of YOURSELF, and/or any third party, for any dialer or autodialer campaign in which YOU or any of YOUR employees, agents or independent contractors, or

other persons or entities working on YOUR behalf, were engaged since four years prior the filing of this action to the date of responding to these document requests.

**RESPONSE TO DOCUMENT REQUEST NO. 9:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. CWT further objects to the term "agents," which is undefined and a legal conclusion and a term that CWT does not deem to apply to any third-party that would be relevant to the claims or defenses in this action. CWT further objects to the term "dialer campaign" as vague and ambiguous. CWT did not make any telephone calls relevant to this action and, to CWT's knowledge, VVT did not use an autodialer to make any telephone calls relevant to this action. Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 10:**

Produce the DOCUMENTS that YOU used to determine whether the cellular telephone numbers to be called by YOU had provided their "prior express consent", as that term is used in 47 U.S.C. Section 227(b)(a)(A), prior to making any attempt to call those numbers, including but not limited to any electronic notations in the outbound dial lists that the called party provided "prior express consent", and including all DOCUMENTS that YOU may rely on at trial or other hearing in this case to establish "prior express consent" was provided to YOU since four years prior the filing of this action to the date of responding to these document requests.

**RESPONSE TO DOCUMENT REQUEST NO. 10:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. CWT did not make any telephone calls relevant to this action. Subject to and without waiver of the foregoing specific and

general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 11:**

Produce any and all DOCUMENTS showing that YOU had prior express consent to call Plaintiff with an AUTOMATIC TELEPHONE DIALING SYSTEM and/or artificial or prerecorded voice at any time.

**RESPONSE TO DOCUMENT REQUEST NO. 11:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. CWT did not make any telephone calls to Plaintiff and, to CWT's knowledge, VVT's telephone calls did not use an automatic telephone dialing and/or an artificial or prerecorded voice in violation of the TCPA to make any telephone calls to Plaintiff. CWT does not agree with the characterization in the document request or make any such admission, and expressly denies that any telephone calls used an automatic telephone dialing system and/or artificial or prerecorded voice. Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 12:**

Produce the DOCUMENTS relating to or regarding, and including, all reports in electronically searchable format of autodialer or predictive dialer calls made by YOU or any of YOUR employees, agents or independent contractors, or other persons or entities working on YOUR behalf, to pagers, cellular telephones, mobile telephones or wireless devices of person YOU called in servicing accounts on behalf of YOURSELF, and/or any third party for accounts, since four years prior the filing of this action to the date of responding to these document requests. [Do not modify or alter the lists; each call and attempted all made must be included in these lists.]

**RESPONSE TO DOCUMENT REQUEST NO. 12:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. CWT further objects to the document request as vague, ambiguous, and unintelligible, including with respect to the meaning of "in servicing accounts." CWT did not make any telephone calls relevant to this action and, to CWT's knowledge, VVT did not use an autodialer or predictive dialer to make any telephone calls relevant to this action. Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 13:**

Produce all DOCUMENTS relating to or regarding, and including, all contracts or agreements between YOU and any entity that provided autodialer or predictive dialer services for YOU, since four years prior the filing of this action to the date of responding to these document requests.

**RESPONSE TO DOCUMENT REQUEST NO. 13:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. To CWT's knowledge, VVT did not use an autodialer or predictive dialer to make any telephone calls relevant to this action. Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 14:**

Produce all DOCUMENTS relating to or regarding any agreements or contracts YOU have or had with YOURSELF, and/or any third party, or any of their related entities or agents, whereby YOU agreed to engage in selling services for YOURSELF and/or for any third party's accounts, since four years prior the filing of this action to the date of responding to these document requests.

**RESPONSE TO DOCUMENT REQUEST NO. 14:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the  telephone calls alleged in the operative complaint.  CWT further objects to the document request as vague, ambiguous, and unintelligible, including with respect to the meaning of "agreements or contracts YOU have or had with YOURSELF . . . whereby YOU agreed to engage in selling services for YOURSELF" and "for any third party's accounts."  CWT further objects to the term "agents," which is undefined and a legal conclusion and a term that CWT does not deem to apply to any third party that would be relevant to the claims or defenses in this action.  CWT does not sell services for itself and/or for any third party.  Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 15:**

Produce all DOCUMENTS YOU have relating to any contracts and/or agreement/s YOU have with Plaintiff.

**RESPONSE TO DOCUMENT REQUEST NO. 15:**

Subject to and without waiver of the foregoing general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 16:**

Produce all DOCUMENTS YOU have demonstrating that YOU called Plaintiff.

**RESPONSE TO DOCUMENT REQUEST NO. 16:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the  telephone calls alleged in the operative complaint.  CWT further objects to this document request to the extent that it seeks documents protected from disclosure by the attorney-client privilege, attorney work product doctrine, or any other applicable privilege.  CWT further objects to the document request to the extent it is duplicative of Document Request No. 3.  CWT did not make

any telephone calls to Plaintiff, but records indicate that VVT did in January 2015. Subject to and without waiver of the foregoing specific and general objections, CWT responds that it will produce documents within its custody, control, or possession, if any, responsive to this request.

**DOCUMENT REQUEST NO. 17:**

Produce all scripts for any and all prerecorded message/s used for calls for purposes of marketing, solicitation or debt collection during the four years prior to the filing of this action.

**RESPONSE TO DOCUMENT REQUEST NO. 17:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the  telephone calls alleged in the operative complaint.  CWT did not make any telephone calls relevant to this action and, to CWT's knowledge, VVT's telephone calls did not use a prerecorded message in violation of the TCPA to make any telephone calls relevant to this action.  By responding to the document request, CWT does not agree with the characterization in the document request or make any such admission, and expressly denies that any telephone calls used a prerecorded message. Subject to and without waiver of the foregoing specific and general objections, CWT responds that it will produce documents within its custody, control, or possession, if any, responsive to this request.

**DOCUMENT REQUEST NO. 18:**

Produce all scripts for any and all prerecorded message/s used for any autodialer campaigns for the purposes of marketing, solicitation or debt collection during the four years prior to the filing of this action to the present day.

**RESPONSE TO DOCUMENT REQUEST NO. 18:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the  telephone calls alleged in the operative complaint.  CWT did not make any telephone calls relevant to this action and, to CWT's knowledge, VVT did not use an autodialer to make any telephone calls relevant to this action.  Subject to and without waiver of the foregoing

specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 19:**

Produce all DOCUMENTS relating to any system, scheme, technique, practice, procedure or method that YOU maintain, operate, or employ to record, memorialize, or otherwise document telephone calls made to individual consumers for the purposes of marketing, solicitation or debt collection.

**RESPONSE TO DOCUMENT REQUEST NO. 19:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. Subject to and without waiver of the foregoing specific and general objections, CWT responds that it will produce documents within its custody, control, or possession, if any, responsive to this request.

**DOCUMENT REQUEST NO. 20:**

Produce all DOCUMENTS relating to any training that YOU provide to YOUR employees involved in making telephone calls to individual consumers for the purposes of marketing, solicitation or debt collection.

**RESPONSE TO DOCUMENT REQUEST NO. 20:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the  telephone calls alleged in the operative complaint.  CWT did not make any telephone calls relevant to this action.  Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 21:**

Produce all DOCUMENTS relating to any instructions that YOU provide to YOUR employees involved in making telephone calls to individual consumers with respect to how to document an oral or written request to cease contacting such consumer.

**RESPONSE TO DOCUMENT REQUEST NO. 21:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. CWT did not make any telephone calls relevant to this action. Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 22:**

Produce DOCUMENTS sufficient to demonstrate YOUR ability to electronically search YOUR records for contact information associated with telephone numbers called by YOU since four years prior to the filing of the Complaint in this action.

**RESPONSE TO DOCUMENT REQUEST NO. 22:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. CWT did not make any telephone calls relevant to this action. Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 23:**

Produce all DOCUMENTS relating to any instructions that YOU provide to YOUR employees involved in making telephone calls to individual consumers with respect to how to document an individual's consent to contact him or her through the use of an automatic telephone dialing system, a predictive dialer, or an artificial or prerecorded voice.

1    **RESPONSE TO DOCUMENT REQUEST NO. 23:**

2          In addition to the general objections, CWT objects to the document request as overbroad,

3    unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised

4    therein, namely the  telephone calls alleged in the operative complaint.  CWT did not make any

5    telephone calls relevant to this action.  Subject to and without waiver of the foregoing specific and

6    general objections, CWT responds that there are no documents responsive to this document request in

7    CWT's custody, control, or possession.

8    **DOCUMENT REQUEST NO. 24:**

9          Produce all DOCUMENTS relating to YOUR use of an AUTOMATIC TELEPHONE

10   DIALING SYSTEM since four years prior to the filing of the Complaint in this action.

11   **RESPONSE TO DOCUMENT REQUEST NO. 24:**

12         In addition to the general objections, CWT objects to the document request as overbroad,

13   unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised

14   therein, namely the  telephone calls alleged in the operative complaint.  CWT did not make any

15   telephone calls relevant to this action.  Subject to and without waiver of the foregoing specific and

16   general objections, CWT responds that there are no documents responsive to this document request in

17   CWT's custody, control, or possession.

18   **DOCUMENT REQUEST NO. 25:**

19         Produce all DOCUMENTS relating to YOUR use of an autodialer since four years prior to the

20   filing of the Complaint in this action.

21   **RESPONSE TO DOCUMENT REQUEST NO. 25:**

22         In addition to the general objections, CWT objects to the document request as overbroad,

23   unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised

24   therein, namely the  telephone calls alleged in the operative complaint.  CWT did not make any

25   telephone calls relevant to this action.  Subject to and without waiver of the foregoing specific and

26   general objections, CWT responds that there are no documents responsive to this document request in

27   CWT's custody, control, or possession.

28

**DOCUMENT REQUEST NO. 26:**

Produce all DOCUMENTS relating to YOUR use of any telephone dialer since four years prior to the filing of the Complaint in this action.

**RESPONSE TO DOCUMENT REQUEST NO. 26:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. CWT further objects to the term "telephone dialer" as vague and ambiguous. CWT did not make any telephone calls relevant to this action. Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 27:**

Produce all DOCUMENTS relating to YOUR use of a predictive dialer since four years prior to the filing of the Complaint in this action.

**RESPONSE TO DOCUMENT REQUEST NO. 27:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. CWT did not make any telephone calls relevant to this action. Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 28:**

Produce all DOCUMENTS relating to YOUR use of an artificial or prerecorded voice.

**RESPONSE TO DOCUMENT REQUEST NO. 28:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. CWT further objects to the

document request as duplicative of Document Request No. 5, and incorporates the specific objections made thereto. CWT further objects to the document request as vague, ambiguous, and unintelligible as to "use of an artificial or prerecorded voice," particularly when there is no connection to a telephone call.

**DOCUMENT REQUEST NO. 29:**

Produce all DOCUMENTS relating to all software, software applications, software packages, software systems, and software programs that YOU used to make each telephone call to Plaintiff's cellular telephones.

**RESPONSE TO DOCUMENT REQUEST NO. 29:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. CWT did not make any telephone calls relevant to this action. Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 30:**

Produce any and all system administrator, architecture, integration, or operation manual(s) for dialing systems used by YOU during the four years prior to the filing of the Complaint in this action.

**RESPONSE TO DOCUMENT REQUEST NO. 30:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. CWT did not make any telephone calls relevant to this action. Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

[**Request Nos. 31-36 intentionally omitted by Plaintiff**]

**DOCUMENT REQUEST NO. 37:**

Produce any and all policy and/or practice manuals regarding the use of telephones by YOU during the four years prior to the filing of the Complaint in this action.

**RESPONSE TO DOCUMENT REQUEST NO. 37:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. CWT further objects to the document request as vague and ambiguous as to "the use of telephones." CWT did not make any telephone calls relevant to this action. Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 38:**

Produce any and all DOCUMENTS describing how YOU determine whether an outgoing telephone call is to a number not associated with an account since four years prior to the filing of the Complaint in this action.

**RESPONSE TO DOCUMENT REQUEST NO. 38:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. CWT further objects to the document request as vague and ambiguous as to the meaning of "a number not associated with an account." CWT did not make any telephone calls relevant to this action. Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 39:**

Produce any and all DOCUMENTS describing the means for determining whether an outgoing telephone call is to a landline number or a cellular telephone number used since four years prior to the filing of the Complaint in this action.

1    **RESPONSE TO DOCUMENT REQUEST NO. 39:**

2        In addition to the general objections, CWT objects to the document request as overbroad,

3    unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised

4    therein, namely the  telephone calls alleged in the operative complaint.  CWT further objects to the

5    document request to the extent it is not limited to CWT.  CWT did not make any telephone calls

6    relevant to this action.  Subject to and without waiver of the foregoing specific and general objections,

7    CWT responds that there are no documents responsive to this document request in CWT's custody,

8    control, or possession.

9    **DOCUMENT REQUEST NO. 40:**

10        Produce any and all DOCUMENTS describing the criteria and methodology for establishing

11   whether an account is associated with a telephone number to be called that was used since four years

12   prior to the filing of the Complaint in this action.

13   **RESPONSE TO DOCUMENT REQUEST NO. 40:**

14        In addition to the general objections, CWT objects to the document request as overbroad,

15   unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised

16   therein, namely the  telephone calls alleged in the operative complaint.  CWT further objects to the

17   document request as vague and ambiguous as to the meaning of "whether an account is associated with

18   a telephone number to be called that was used."  CWT did not make any telephone calls relevant to this

19   action.  Subject to and without waiver of the foregoing specific and general objections, CWT responds

20   that there are no documents responsive to this document request in CWT's custody, control, or

21   possession.

22   **DOCUMENT REQUEST NO. 41:**

23        Produce any and all DOCUMENTS describing the means for determining methodology for

24   initiating and invoking the telephone equipment and system to make outgoing telephone calls to

25   accounts used since four years prior to the filing of the Complaint in this action.

26

27

28

**RESPONSE TO DOCUMENT REQUEST NO. 41:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the  telephone calls alleged in the operative complaint.  CWT further objects to the document request as vague, ambiguous, and unintelligible, including with respect to the meaning of "the means for determining methodology," "initiating and invoking the telephone equipment and system", and "telephone calls to accounts used."  CWT did not make any telephone calls relevant to this action.  Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 42:**

Produce any and all technical manuals, network architecture diagrams, booklets, guidelines and memoranda regarding dialing systems used since four years prior to the filing of the Complaint in this action.

**RESPONSE TO DOCUMENT REQUEST NO. 42:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the  telephone calls alleged in the operative complaint.  CWT did not make any telephone calls relevant to this action.  Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 43:**

Produce any and all DOCUMENTS indicating whether the telephone used to call the Plaintiff has the capacity to store telephone numbers to be called (regardless of whether it was used this way).

**RESPONSE TO DOCUMENT REQUEST NO. 43:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised

therein, namely the telephone calls alleged in the operative complaint. CWT did not make any telephone calls to Plaintiff. Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 44:**

Produce all DOCUMENTS that describe or establish methods or techniques used by YOU to prevent making calls to cellular telephone numbers.

**RESPONSE TO DOCUMENT REQUEST NO. 44:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. CWT did not make any telephone calls relevant to this action. Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 45:**

Produce any and all of YOUR written data retention policies in place used since four years prior to the filing of the Complaint in this action.

**RESPONSE TO DOCUMENT REQUEST NO. 45:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. Subject to and without waiver of the foregoing specific and general objections, CWT responds that it will produce documents within its custody, control, or possession, if any, responsive to this request.

**DOCUMENT REQUEST NO. 46:**

Produce all DOCUMENTS regarding all disaster recovery systems and processes regarding or relating to YOUR outgoing and incoming telephone calls, used since four years prior to the filing of the Complaint in this action.

**RESPONSE TO DOCUMENT REQUEST NO. 46:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome. CWT further objects to the document request as not reasonably calculated to lead to the discovery of admissible evidence and not relevant to any party's claim or defense and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. CWT further objects to the document request to the extent it is not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint.

**DOCUMENT REQUEST NO. 47:**

Produce any and all DOCUMENTS describing the methods for reporting on YOUR outgoing calls when a called party answers the call, since four years prior to the filing of the Complaint in this action.

**RESPONSE TO DOCUMENT REQUEST NO. 47:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. CWT did not make any telephone calls relevant to this action. Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 48:**

Produce any and all DOCUMENTS describing the methods for reporting on YOUR outgoing calls when a called party does not answer the call, used since four years prior to the filing of the Complaint in this action.

**RESPONSE TO DOCUMENT REQUEST NO. 48:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. CWT did not make any telephone calls relevant to this action. Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.

**DOCUMENT REQUEST NO. 49:**

Produce any and all DOCUMENTS describing the call recording and reporting procedures for outgoing telephone or dialer calls since four years prior to the filing of the Complaint in this action.

**RESPONSE TO DOCUMENT REQUEST NO. 49:**

In addition to the general objections, CWT objects to the document request as overbroad, unduly burdensome, and not limited to and far beyond the scope of the pleadings or the issues raised therein, namely the telephone calls alleged in the operative complaint. CWT further objects to the term "dialer calls" as vague and ambiguous. CWT did not make any telephone calls relevant to this action. Subject to and without waiver of the foregoing specific and general objections, CWT responds that there are no documents responsive to this document request in CWT's custody, control, or possession.


Dated:       September 14, 2016                    GREENSPOON MARDER, P.A.


                                                   */s/  Jeffrey A. Backman*
                                                   Richard W. Epstein
                                                   (Admitted *Pro Hac Vice*)
                                                   Richard.Epstein@gmlaw.com
                                                   Jeffrey A. Backman
                                                   (Admitted *Pro Hac Vice*)
                                                   Jeffrey.Backman@gmlaw.com
                                                   Roy Taub
                                                   (Admitted *Pro Hac Vice*)
                                                   Roy.Taub@gmlaw.com
                                                   200 East Broward Blvd., Suite 1800

Fort Lauderdale, FL  33301
Tel:  (954) 491-1120
Fax: (954) 333-4211

MANATT, PHELPS & PHILLIPS, LLP
Christine M. Reilly (SBN 226388)
11355 W. Olympic Boulevard
Los Angeles, CA 90064
Tel:  (310) 312-4237
Fax:  (310) 996-7037
E-mail:  creilly@manatt.com

*Attorneys for Defendant*
*Consolidated World Travel, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of Defendant, Consolidated World Travel d/b/a Holiday Cruise Line's Responses and Objections to Plaintiff's First Request for Production of Documents was furnished via electronic mail and U.S. Mail this 14th day of September 2016 to:

### **SERVICE LIST**

BURSOR AND FISHER P.A.
L. Timothy Fisher
Annick Marie Persinger
Yeremey O. Krivoshey
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
ltfisher@bursor.com
apersinger@bursor.com
ykrivoshey@bursor.com

Scott A. Bursor
888 Seventh Avenue
New York, NY 10019
scott@bursor.com

*Attorneys for Plaintiffs*

*/s/ Jeffrey A. Backman*
Jeffrey A. Backman

Def. Consolidated World Travel, Inc.'s
Responses and Objections to Plaintiff's First Request for Production                    Case No. 2:16-cv-00713-WBS-AC

27006461:1 20581:0312