# EXHIBIT E

| | |
|---|---|
| **From:** | Roy Taub <Roy.Taub@gmlaw.com> |
| **Sent:** | Wednesday, April 05, 2017 5:49 PM |
| **To:** | Mindee J. Reuben; 'Yitz Kopel'; Jeremy N. Nash; 'Jeff Brown'; 'Joseph Siprut'; Katrina Carroll; 'Ke Liu'; Kyle A. Shamberg; 'Meredith Lierz'; 'Richard Miller'; 'Richard Wilson'; 'Tina Wolfson' |
| **Cc:** | Jeffrey Backman; Rachel Walker |
| **Subject:** | Bakov |

Counsel,

I write to follow up on what we discussed on the meet and confer. First, however, some clean-up. Last night a privilege log was provided in connection with the request for documents regarding compliance. That was in error and we are retracting that document. The information reflected in it comes from a prior case with which we are familiar involving a prior entity that concerned the VVT platform (Kilpatrick), and the information was derived from the privilege log in that case. We will be producing documents that were produced in that litigation as well as the privilege logs that accompanied those productions, which we believe is the correct way to refer to the documents from the Kilpatrick case identified in the document provided last night. Again, we retract that document.

With respect to the meet and confer follow up, we report the following:

We will be producing the VVT prompts and scripts. Some of these are in CWT's possession, and some will appear in the documents from the Kilpatrick production. We will also produce documents in response to Bakov/Hewlett RFP 50 (communications with VVT).

As discussed, we will be producing the point to numbers that, when coupled with the dates when those point to numbers were used in connection with VVT (something we will also provide), can be utilized by Plaintiffs to obtain the call records they seek. Accordingly, we will not be providing samples of the spreadsheets that were discussed, since we are providing Plaintiffs with an undeniably less burdensome way of obtaining call record information.

CWT will not involve itself in Plaintiff's efforts to obtain information from VVT (although of course CWT will take whatever steps it deems necessary to protect privileged information or otherwise safeguard against any discovery abuses).

We will be producing CWT's bylaws.

Regarding documents from similar litigations, we have looked at the cases identified in the Hewlett RFP, as well as all other cases involving CWT, and no documents regarding VVT were produced in those cases. Only a small number of cases had any documents produced, and none of them concerned VVT. The only case with which we are familiar in which documents related to VVT were produced is the Kilpatrick case. We will be producing all documents that were produced in that case with the exception of telephone call records.

We are still looking into the telemarketing license applications. But as we will be producing the scripts and prompts regardless, and that was the only stated relevance of the application materials, we do not see the need for or relevance of the application materials.

We do not believe there are any other specialized software applications other than what was discussed on the meet and confer that would contain responsive documents.

1

We will supplement our initial disclosures.

We were asked if the gap in CWT's production in the Bakov/Herrera case at 261-263 was intentional. There is no gap. Three audio files were produced at those Bates numbers. Please advise if you have technical issues with opening them.

**GreenspoonMarder**

Roy Taub, Esq.
Greenspoon Marder, P.A.
200 East Broward Blvd., Suite 1800
Ft. Lauderdale, Florida 33301
Tel: (954) 491-1120
Email: roy.taub@gmlaw.com
http://www.gmlaw.com

The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of Treasury Department Circular 230.

A portion of our practice involves the collection of debt and any information you provide will be used for that purpose if we are attempting to collect a debt from you.