# EXHIBIT F

**Subject:** Re: Bakov v. HCL
**Date:** Tuesday, April 28, 2015 at 11:11:59 AM Eastern Daylight Time
**From:** Dylan Malone
**To:** Geoff Pette
**CC:** Robbie Middleton, Jennifer Poole, Cliff Albright

3/26 at 5:02 was the outbound

On Tue, Apr 28, 2015 at 11:11 AM, Dylan Malone <dmalone@themarketingsource.com> wrote:
> 4/17 call was not transferred. 3/26 was outbound and the rest were inbound

On Mon, Apr 27, 2015 at 3:52 PM, Geoff Pette <gpette@holidaycruiseln.com> wrote:

> Dylan:
>
> We have identified two inbound calls to GP from you on 3/26/2015, please confirm you show both, as your email below only found one. Also I do not show where the 4/17/2015 call went, can you confirm if it was every transferred.
>
> Thanks,
>
> Geoff
>
> | CallDateTime | DNIS | PhoneNum | ConnectTime | CRC |
> |---|---|---|---|---|
> | 3/26/15 5:02 PM | 9000000015 | 7738441521 | 159 | DNC |
> | 3/26/15 5:32 PM | 9000000015 | 7738441521 | 107 | NP |
> | 3/27/15 4:32 PM | 9000000015 | 7738441521 | 32 | DAHU |

The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of Treasury Department Circular 230.

**From:** Dylan Malone [mailto:dmalone@themarketingsource.com]
**Sent:** Thursday, April 23, 2015 3:03 PM
**To:** Geoff Pette
**Cc:** Robbie Middleton; Jennifer Poole
**Subject:** Re: Bakov v. HCL

We called 3 times. Looks like our agent already sent this to DNC

3/26

3/27

4/17

| Verification for 7738441521 |
|---|
| Do Not Call : No |
| WireLess : Yes |
| LandLine : No |

On Wed, Apr 22, 2015 at 5:25 PM, Geoff Pette <gpette@holidaycruiseln.com> wrote:

Can you please look up to see if you have dialed the below number?  Please add to DNC.

(773) 844-1521

Thanks,

Geoff

The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the

use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of Treasury Department Circular 230.