# EXHIBIT G

**Subject:** RE: Bakov v. HCL
**Date:** Thursday, April 23, 2015 at 1:21:41 PM Eastern Daylight Time
**From:** Cliff Albright - GCP
**To:** 'Geoff Pette', 'Lawrence Hansen', 'Bob Martine', 'Joe Lapenna'
**CC:** 'Jennifer Poole'

GP has the following records:
Inbound Calls
2015-03-26 17:02:42.000      7738441521      9000000015
2015-03-26 17:32:36.000      7738441521      9000000015
2015-03-27 16:32:05.000      7738441521      9000000015

---

**From:** Geoff Pette [mailto:gpette@holidaycruiseln.com]
**Sent:** Wednesday, April 22, 2015 5:28 PM
**To:** Lawrence Hansen; Bob Martine; Joe Lapenna; Cliff Albright - GCP
**Cc:** Jennifer Poole
**Subject:** Bakov v. HCL

Good afternoon all,

Can you please look up to see if you have dialed the below number since February 2015, or if you have received an inbound call with the customer ani?

(773) 844-1521

Thanks,

Geoff

---

The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of Treasury Department Circular 230.