# EXHIBIT H

**Subject:** Re: Herrera Research
**Date:** Thursday, May 21, 2015 at 4:47:01 PM Eastern Daylight Time
**From:** Dylan Malone
**To:** Geoff Pette
**CC:** Robbie Middleton, Jennifer Poole

2015 outbound Records:
4/24
4/27
5/4

2014 outbound records:
9/8
9/9
9/10

I have added to DNC. See number details below

| Verification for 2177217748 |
| --- |
| Do Not Call : No |
| WireLess : Yes |
| LandLine : No |


On Thu, May 21, 2015 at 2:44 PM, Geoff Pette <gpette@holidaycruiseln.com> wrote:

> Dylan,
>
> Here is another one we need follow up on.
>
> Thanks,
>
> Geoff
>
> ---
>
> The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of Treasury Department Circular 230.

---

**From:** Geoff Pette
**Sent:** Friday, May 15, 2015 9:49 AM
**To:** 'Dylan Malone'; 'Robbie Middleton'
**Cc:** Jennifer Poole
**Subject:** Herrera Research

Can you please look up to see if you have dialed the below numbers? Please add to DNC.

217-721-7748

Thanks,

Geoff

---

The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of Treasury Department Circular 230.