# EXHIBIT I

# Roy Taub

| | |
|---|---|
| **From:** | Geoff <Geoff@pettepa.com> |
| **Sent:** | Wednesday, September 14, 2016 10:12 AM |
| **To:** | Roy Taub |
| **Cc:** | Jeffrey Backman |
| **Subject:** | FW: Hewlett Research |

Geoffrey Pette, Esq.
1901 West Cypress Creek Rd., Suite 300
Fort Lauderdale, FL 33309
Office: (954) 530-6647
Cell: (727) 647-4045
Geoff@pettepa.com

The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of Treasury Department Circular 230.

---

**From:** Tech Support <techsupport@vvtservices.com>
**Date:** Monday, May 2, 2016 at 1:24 PM
**To:** Geoff <Geoff@pettepa.com>
**Cc:** Dylan Malone <dmalone@mediamonitorsinc.com>, Robbie Middleton <rmiddleton@mediamonitorsinc.com>, Gina <Gina@pettepa.com>
**Subject:** Re: Hewlett Research

Calls to - 916-807-3717 (Not on FED DNC)

1/22/15 - outbound
1/22/15 - inbound
1/22/15 - inbound
1/22/15 - inbound
1/24/15 - outbound
1/27/15 - outbound

Calls to 424-646-1592 (Not on FED DNC)

2/16/16 - outbound
2/17/16 - outbound

Calls to 209-496-0686 (On DNC)

CWT-HEWL000261

3/5/16 - outbound
3/7/16 - outbound
3/10/16 - outbound

Number ending in 0686 was placed on DNC ON 3/8/16, However we are not in violation as there is a 31 day grace period to remove from systems.



On Fri, Apr 29, 2016 at 10:59 AM, Geoff <Geoff@pettepa.com> wrote:
> Good morning need to follow up on the below.
>
> Thank you,
>
> Geoffrey Pette, Esq.
>
> 1901 West Cypress Creek Rd., Suite 300
>
> Fort Lauderdale, FL 33309
>
> (727) 647-4045
>
> Geoff@pettepa.com
>
> The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail.
>
> Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of Treasury Department Circular 230.
>
> **From:** Geoff <Geoff@pettepa.com>
> **Date:** Wednesday, April 20, 2016 at 11:45 AM
> **To:** TechSupport <techsupport@vvtservices.com>, 'Dylan Malone' <dmalone@mediamonitorsinc.com>, 'Robbie Middleton' <rmiddleton@mediamonitorsinc.com>
> **Cc:** 'Gina' <Gina@pettepa.com>
> **Subject:** Hewlett Research
>
> Can you please look up to see if you have dialed the below number? Additionally, please add to the DNC.

1. (916) 807-3717

2. (424) 646-1592

3. (209) 496-0686

Thanks,

Geoff

...

[Message clipped]

CWT-HEWL000263