# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Angel Bakov, et al.

                              Plaintiff,

v.                                                   Case No.: 1:15−cv−02980
                                                     Honorable Harry D. Leinenweber

Consolidated World Travel, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 16, 2017:

      MINUTE entry before the Honorable Harry D. Leinenweber:Status hearing held on 5/16/2017. The Joint Motion for alternate service [110] is granted. The Unopposed Motion for an order authorizing MetroPCs Communications, Inc. to release documents in response to a subpoena [112] is granted. The motions to compel are continued to 6/20/2017. Plaintiff's motion to continue class is continued to 6/20/2017. Status hearing set for 6/20/2017 at 09:00 AM.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.