# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Angel Bakov, et al.

          Plaintiff,

v.                   Case No.: 1:15−cv−02980
                   Honorable Harry D. Leinenweber

Consolidated World Travel, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 10, 2018:

  MINUTE entry before the Honorable Harry D. Leinenweber: Status hearing held on 7/10/18. Plaintiff shall file a motion to amend the complaint on or before 7/17/2018. Plaintiffs shall file its motion for class certification and Defendants shall file its Daubert motion on or before 8/7/2018. Parties shall file their responses to the opposing motion on or before 9/5/2018 and their replies on or before 9/19/18. The Court grants the oral motion to extend the page limit for the briefs. Both parties may file briefs of up to 20 pages. Ruling by mail. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.