# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ANGEL BAKOV and JULIE HERRERA, individually and on behalf of all others similarly situated, | : : : | Case No. 1:15-cv-02980 |
| | : | Hon. Harry D. Leinenweber |
| *Plaintiffs,* | : : | Hon. Susan E. Cox |
| v. | : | |
| CONSOLIDATED WORLD TRAVEL, INC. d/b/a HOLIDAY CRUISE LINE, a Florida corporation, | : : : | |
| *Defendant.* | : | |
| KINAYA HEWLETT, on Behalf of Herself and all Others Similarly Situated, | : : | Case No. 1:17-cv-00973 |
| | : | Hon. Harry D. Leinenweber |
| *Plaintiff,* | : | |
| v. | : | |
| CONSOLIDATED WORLD TRAVEL, INC. d/b/a HOLIDAY CRUISE LINE, | : : | |
| *Defendant.* | : | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on May 29, 2019 at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Harry D. Leinenweber in Room 1941 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiffs' PLAINTIFFS' MOTION FOR APPROVAL OF CLASS NOTICE PLAN, copies of which were served upon you via the CM/ECF system.

746218.1

Date: May 1, 2019                                     **LITE DEPALMA GREENBERG, LLC**

                                               By:     */s/ Katrina Carroll*
                                               Katrina Carroll
                                               *kcarroll@litedepalma.com*
                                               Kyle A. Shamberg
                                               *kshamberg@litedepalma.com*
                                               111 W. Washington Street, Suite 1240
                                               Chicago, IL 60602
                                               Telephone: (312) 750-1265

                                               **LITE DEPALMA GREENBERG, LLC**
                                               Jeremy Nash (*pro hac vice* pending)
                                               *jnash@litedepalma.com*
                                               570 Broad Street, Suite 1201
                                               Newark, NJ 07102
                                               Telephone: (973) 623-3000

                                               **BURSOR & FISHER, P.A.**
                                               Yitzchak Kopel (admitted *pro hac vice*)
                                               ykopel@bursor.com
                                               888 Seventh Avenue
                                               New York, NY 10019
                                               Telephone:  (646) 837-7127

                                               *Class Counsel*


                                               **JEFFREY GRANT BROWN, P.C.**
                                               Jeffrey Grant Brown
                                               *jeff@jgbrownlaw.com*
                                               221 North LaSalle Street, Suite 1414
                                               Chicago, IL 60601
                                               Telephone: (312) 789-9700

                                               **SIPRUT PC**
                                               Joseph J. Siprut
                                               *jsiprut@siprut.com*
                                               Todd L. McLawhorn
                                               *tmclawhorn@siprut.com*
                                               17 N. State Street, Suite 1600
                                               Chicago, Illinois 60602
                                               Telephone: (312) 236-0000

746218.1

**AHDOOT & WOLFSON, PC**
Robert Ahdoot (admitted *pro hac*)
*rahdoot@ahdootwolfson.com*
Tina Wolfson (admitted *pro hac*)
*twolfson@ahdootwolfson.com*
1016 Palm Avenue
West Hollywood, California 90069
Telephone: (310) 474-9111

*Additional Counsel for Plaintiffs Bakov and Herrera*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing NOTICE OF MOTION was filed electronically with the Clerk of the Court using the CM/ECF system this 1st day of May 2019 and served electronically on all counsel of record.

*/s/ Katrina Carroll*
Katrina Carroll

746218.1