IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Angel Bakov | ) | Case No: 15 C 2980 |
| v. | ) | Judge: Harry D. Leinenweber |
| Consolidated World Travel | ) | |

## ORDER

Ruling on motion hearing held. For the reasons stated on the record, the Court denies the Defendant's Motion to Stay [278] The Court will take the Motion to Reconsider [276] under advisement. The parties shall file no further briefing unless the Court so directs. Pro hac vice motion is granted [280]. Motion for leave to file in excess of the page limit is granted [274].

(T:00:10)

Date: 2/27/20 /s/ Judge Harry D. Leinenweber