UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Angel Bakov, et al.
                              Plaintiff,

v.                                           Case No.: 1:15−cv−02980
                                             Honorable Harry D. Leinenweber

Consolidated World Travel, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 2, 2020:

MINUTE entry before the Honorable Harry D. Leinenweber: Pursuant to the Court's decision on Plaintiffs' Motion to Amend [312], Defendant shall file a supplemental brief by 7/23 explaining whether any material differences exist between Illinois and non−Illinois class members, and whether those differences amount to a genuine dispute of material fact that precludes amending the summary judgment order [272]. Plaintiffs' response due by 8/6; Defendant's reply due by 8/13. After considering those briefs, the Court will decide whether to amend the summary judgment order to include a liability determination on the non−Illinois class members. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.